

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00091-CR

**ERIC DALE ANGELO,**

$\hspace{6cm}$ **Appellant**

**v.**

**THE STATE OF TEXAS,**

$\hspace{6cm}$ **Appellee**

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 35,831

## MEMORANDUM OPINION

Eric Dale Angelo attempts to appeal a conviction in which the sentence was imposed on September 21, 2009. By letter, the Clerk notified Angelo that his notice of appeal appeared untimely. Angelo was further warned that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. Angelo's response does not provide sufficient grounds for continuing the appeal.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed March 24, 2010
Do not publish
[CR25]